IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEAIRIS TIPLER,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**MADELYN DALEY, GRANT MENGES, and CALLEY R. MIZE,**<br><br>　　　　　　**Defendants.** | Case No. 25-CV-01712-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

　　**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 12, 2025 (Doc. 22), this matter is **DISMISSED with prejudice**.

　　**IT IS SO ORDERED.**

　　DATED: December 12, 2025

　　　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　By: *s/ Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


APPROVED: *s/ Stephen P. Mc*Glynn
　　　　　　STEPHEN P. MCGLYNN
　　　　　　U.S. District Judge